# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEXTER D. LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-cv-667-PLC |
| MICHAEL HINES and | ) |
| ST. LOUIS METRO POLICE DEPT., | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that the defendant St. Louis Metropolitan Police Department is **DISMISSED** from this action, without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's official-capacity claims against defendant Michael Hines are **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this partial dismissal would not be taken in good faith.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 7th day of September, 2023.